UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, | Case No. 25-cv-02545-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CONTEMPORARY SERVICES CORPORATION, | |
| Defendant. | |

A case management conference was held on June 17, 2025. Having considered the parties' proposal, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 5, 2025 |
| Close of Fact Discovery | January 30, 2026 |
| Exchange of Opening Expert Reports | March 6, 2026 |
| Exchange of Rebuttal Expert Reports | April 3, 2026 |
| Close of Expert Discovery | May 1, 2026 |
| Dispositive Motion Hearing Deadline | June 25, 2026, at 2:00 p.m. |
| Pretrial Conference | October 6, 2026, at 3:00 p.m. |
| Jury Trial (3 days) | October 19, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  6/26/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge