UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GORDON OPPENHEIMER,

Plaintiff,

v.

Contemporary Services Corporation,

Defendant.

Case No. 4:25-cv-02545-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Contemporary Services Corporation, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jura C. Zibas and Peter K. Chu, Wilson, Elser, Moskowitz, Edelman & Dicker LLP

Name(s) of counsel withdrawing from representation and firm name:

Martin G. Ozinga, Phillips Murrah P.C.

Date: November 4, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 11/4/2025

UNITED STATES DISTRICT JUDGE