LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
One Concord Center
2300 Clayton Road, Suite 1400
Concord, California 94520
Telephone:    415.882.3290
Facsimile:    415.882.3232
Email: ltownsend@owe.com

Attorney for Plaintiff
DAVID GORDON OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CONTEMPORARY SERVICES CORPORATION, a California corporation, <br><br> Defendant. | Case No. 4:25-cv-02545-HSG <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff David Gordon Oppenheimer and Defendant Contemporary Services Corporation ("Defendant"), by and through their attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure that the entire civil action may be and is hereby dismissed with

///

///

///

///

///

///

///

///

prejudice, with each party bearing that party's fees and costs of suit.

Dated: February 3, 2026                          LAW OFFICES OF LAWRENCE G. TOWNSEND

                                                 *s/Lawrence G. Townsend*
                                                 Lawrence G. Townsend
                                                 Attorney for Plaintiff
                                                 DAVID GORDON OPPENHEIMER

Dated: February 3, 2026                          Wilson, Elser, Moskowitz, Edelman & Dicker LLP


                                                 */s/Jura C. Zibas*
                                                 Jura C. Zibas
                                                 Attorneys for Defendant
                                                 CONTEMPORARY SERVICES CORPORATION

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

I, Lawrence G. Townsend, attest to the concurrence in the filing of this Stipulation has been obtained from the signatory, Jura C. Zibas, counsel for Defendants.

Dated:  February 3, 2026                          */s/Lawrence G. Townsend*

                                                 Lawrence G. Townsend

## <u>ORDER</u>

Pursuant to stipulation of the parties, and Rule 41(a), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: 2/3/2026                          HAYWOOD S. GILLIAM, JR.
                                         UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE  4:25-cv-02545-HSG